McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JEAN BOGGS, MICHAEL BOGGS, CHRISTINA BOGGS,<br><br>Plaintiffs,<br><br>v.<br><br>MAYERS MEMORIAL HOSPITAL DISTRICT; MAYERS MEMORIAL HOSPITAL, UNITED STATES OF AMERICA; AND DOES 1 TO 50, INCLUSIVE,<br><br>Defendants. | CASE NO.  2:20-CV-02376 MCE DMC<br><br>ORDER SUBSTITUTING THE UNITED STATES IN PLACE OF DEFENDANTS TAWANA NICHOLE NIX, M.D. AND MOUNTAIN VALLEY HEALTH CENTER/CLINIC |

GOOD CAUSE APPEARING, the Court hereby orders as follows:

1. The United States is substituted in this action in place of Defendants Mountain Valley Health Center, improperly sued as Mountain Valley Health Clinic, and Dr. Tawana Nichole Nix.

2. Defendants Mountain Valley Health Center, improperly sued as Mountain Valley Health Clinic, and Dr. Tawana Nichole Nix are hereby dismissed with prejudice as to all claims for which the United States is substituted.  The caption should be updated to reflect this change.

IT IS SO ORDERED.

Dated:  December 9, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER SUBSTITUTING UNITED STATES IN PLACE OF
DEFENDANTS MOUNTAIN VALLEY AND NIX

1