JOSEPH A. ANDROVICH, SBN 261788
**BRELSFORD ANDROVICH & WHITE**
2001 I STREET
SACRAMENTO, CALIFORNIA 95811
TELEPHONE: (916) 449-1300
FACSIMILE: (916) 449-1320
EMAIL: JANDROVICH@BAW-ATTORNEYS.COM

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PATRICIA JEAN BOGGS, MICHAEL BOGGS, CHRISTINA BOGGS, | CASE NO. 2:20-CV-02376-MCE-DMC |
|---|---|
| Plaintiffs, | **AMENDED STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| MAYERS MEMORIAL HOSPITAL DISTRICT, MAYERS MEMORIAL HOSPITA, AND UNITED STATES OF AMERICA, | |
| Defendants. | |

Plaintiffs Patricia Jean Boggs, Michael Boggs, and Christina Boggs, by and through their undersigned counsel, Defendant the United States of America, by and through its undersigned counsel, and Defendant Mayers Memorial Hospital District, by and through its undersigned counsel, jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the United States, Mayers Memorial Hospital District, and Mayers Memorial Hospital be dismissed with prejudice from the within action as to all claims and causes of action, with each party bearing its own attorney's fees and costs.

///

///

///

AMENDED STIPULATION AND ORDER TO
DISMISS WITH PREJUDICE

Dated: January 28, 2022

**BRELSFORD, ANDROVICH & WHITE**

*/s/ Joseph A. Androvich*

JOSEPH A. ANDROVICH
Attorney for Plaintiffs

Dated: January 28, 2022

PHILLIP A. TALBERT
United States Attorney

By: */s/ Kelli L. Taylor*
KELLI L. TAYLOR
Assistant United States Attorney

**SCHUERING, ZIMMERMAN & DOYLE, LLP**

Dated: January 28, 2022

By: */s/ Kat Todd*

### ORDER

IT IS HEREBY ORDERED, pursuant to the parties' stipulation filed on January 28, 2022, that Plaintiffs' Complaint is DISMISSED with prejudice. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: February 3, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION AND ORDER TO DISMISS WITH PREJUDICE